# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 119 MM 2015 |
| Respondent | |
| v. | |
| JERET SAMUEL HARVEY, | |
| Petitioner | |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although the Lycoming County Public Defender's Office was seemingly negligent in failing to comply with filing deadlines, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 30 days.